IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

FRED DEANGELO QUINNIE
--------
Name under which you
were convicted

AIS#263975
--------
Your prison number

vs.

JEFFERSON DUNN, et, al.,
--------
Name of Defendant(s)

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE

SEP 26 2017

CHARLES R. DIARD, JR.
CLERK

CIVIL ACTION NO. 1:17-cv-428-CG-M
(To be supplied by Clerk of Court)

100 WARRIOR BESSEMER AL. 35023
--------
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A.  **Complaint Form.**  You must file your original complaint and a copy for each named Defendant.  Your complaint must be <u>clearly</u> handwritten or typewritten.  Do not use the back of a page.  Your complaint must be signed by you;  no notary is required.  <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B.  **Proper Court.**  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district.  The Southern District of Alabama is comprised of the following counties:  Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C.  **Separate Case.**  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letter to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**

A. Have filed any other lawsuits in state or federal court dealing with the same of similar facts involved in this action: Yes ( )     No (XXX)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )     No (XXX)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

    Plaintiffs:_____

    _____N/A_____

    Defendants:_____

    _____

    2. Court (if federal court, name the district; if state court, name the county:_____

    3. Docket Number _____N/A_____

    4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( )     No ( )

3

5.  Name of judge to whom the case was assigned: _____

_____

6.  If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.:_____

_____

_____

_____

7.  Approximate date of filing lawsuit:_____

8.  Approximate date of ruling by court:_____

## II. YOUR PRESENT COMPLAINT.

A.  Place/Institution where action complained of occurred

_____ HOLMAN CORR. FACILITY  Holman Unit 3700 ATMORE, AL 36503-3700

B.  Date it occurred: NOVEMBER 9, 2016 _____

C.  Is there a prisoner grievance procedure in this institution? NO _____

D.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( )  No (XXX)

E.  If your answer is YES:_____ N/A _____

  1.  What steps did you take?_____

  _____

  2.  What was the result?_____

  _____

F.  If your answer is NO, explain why not: No Grievance

G.  Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):_____

_____ SEE: ATTACHMENT _____

4

On 11-7-16 I witness the riot team enter into B-Dorm to Count while asking everyone to take the sticks and tints down. ME I obeyed, they proceeded to count walking towards the back of the dorm I heard a commotion turned around seeing that one officer had broken someone stick off the side of there bed. After everything calmed down they exit. On 11-9-16 early in the morning I was woke up out of my sleep getting beat on with hands fists, and long black sticks over my head, back adn legs, throwed down in a pile on top of others then escorted to seg withno no body chart still to this day suffering injuries from the beating for no apparent reason. The living condition in the cell is not better, I still need treatment. Can I please get some help thanks

SEE: ATTACHMENT

### III. Parties.

A. Plaintiff (Your name/AIS): _____

   Your present address: _____

B. Defendant(s) :           SEE:ATTACHMENT

1. Defendant (full name) _____ is employed as _____ at _____

5

His/her present address is _____.

(a) Claim against this defendant: _____

_____.

(b) Supporting facts (Include date/location of incident):

_____

_____ **SEE: ATTACHMENT** _____

_____

2. Defendant (full name) _____ is employed as _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: _____

_____.

(b) Supporting facts (Include date/location of incident):

_____

_____ **SEE:ATTCHMENT** _____

_____

3. Defendant (full name) _____ is employed as _____ at _____.

His/her present address is _____.

(a) Claim against this defendant: _____
_____ **SEE: ATTCHMENT** _____.

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: __SEE: ATTACHMENT__

2. When were you convicted? __MRD MURDER, ATTEMPT MURDER__
   __1st degree Robbery__
3. What is the term of your sentence? _____

4. When did you start serving this sentence? __12-12-2008__

5. Do you have any other convictions which form the basis of a future sentence?  Yes ( )  No (xxx)
If so, complete the following:

(a) Date of conviction: __AUGUST 9, 2010__

(b) Term of sentence: __LIFE__

6. What is your expected end of sentence (E.O.S.) date?
__9999, Parole date is 2024__

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction |  |  | Sentence |  |
|---|---|---|---|---|---|
| Reversed | yes ( ) | no (xxx) | yes ( ) | no (xx) |
| Expunged | yes ( ) | no (xxx) | yes ( ) | no (xx) |
| Invalidated | yes ( ) | no (xxx) | yes ( ) | no (xx) |
| Writ of habeas corpus granted | yes ( ) | no (xxxx) | yes ( ) | no (xx) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date:

__N/A__

V. State **briefly** exactly what you want the Court to do for you if you win (Make no legal argument, cite no cases or statutes):

$200,000 against each liable Defendants; Compensatory, Punitive, Declaratory and Injunctive Relief; Trial by jury; State Law

7

_____Claims of Assault & Battery; Trial by Jury; State Law Claims of_____

Assault & Battery; Slander; Harrassment and such other Relief as the Law and

this Court Deem Just._____

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_9-18-17_____     X _Fred Quinn #263975___
Date                                         Signature of Plaintiff Under
                                             Penalty of Perjury)

                                             _100 WARRIOR LANE_____
                                             Current Mailing Address

                                             _BESSEMER AL. 35023_____


                                             _N/A_____
                                             Telephone Number


PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS E.G., RELEASED, TRANSFERRED, MOVED, ETC., FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: __Holman Corr. Facility__

B. Date it occurred: __November 9, 2016__

C. Is there a prisoner grievance procedure in this institution? __NØ__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (X)

E. If your answer is YES:

   1. What steps did you take? __N/A__

   2. What was the result? ____

F. If your answer is NO, explain why not: __No Grievance__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

See Attachment

On 11-7-16 I witness the riot team enter into B-dorm to count while asking everyone to take the sticks and tints down. Me I obeyed, they proceeded to count walking towards the back of the dorm I heard a commotion turned around seeing that one officer had broken someone stick off the side of there bed. After everything calm down they exit. On 11-9-16 early in the Morning I was woke up out of my sleep getting beat on with hard fists and long black sticks over my head, back and legs throwed down in a pile on top of others then escorted to seg with no body chart still to this day suffering injuries from the beating for no apparent reason. The Living condition in the cell is not better I still need treatment. Can I please get some help thanks.

" Yall Stabbed Warden Davenport and Killed Officer Bettis, pull something out now on C.E.R.T. we will beat your Ass". After the Assaults some of the inmates that were Assaulted unmercifully were taken to the infirmary, however, a lot of the injured inmates were refused a body chart and treatment by the nurses on duty, and was instructed to sign up for sick call, causing the inmates not to recieve a body chart and treatment until days after the assault.

ATTACHMENT OF MY CLAIM SET OUT IN THE FACTS BELOW:

On 11-7-16 I witness a Few of the Riot team Officers enter into B-dorm to get a 10 o clock count, Asking and telling everyone to take the Sticks and tints down. They Started there count on the Low Side walking towards the Back when all of a Sudden a Officer Snatch then broke a Stick from off an Inmate Rack in the middle of Count. Which Started the up roar. More Members of the riot team rushed in got everything under Control Re-Counted then Exit. On 11-9-16 Early in the Morning around 6 am or So I was Beat out of my Sleep with Hard fist to the Back of my head and Hit with Black hard Sticks all over my body for nothing. No time to do nothing throwed down hand cuff to the back they Bust my EYE and Sprung my Ankle. I was throwed on top of A Pile of other Inmates in front of the dorm who to was Severly beaten. they Place all of us in Seg" lockup. with no medical treatment. Still to this day no body chart.

## ATTACHMENT TO MY 42 USC §1983 CIVIL ACTION

G. YOUR CLAIM.

On November 7, 2016, members of the Alabama Department of Corrections C.E.R.T., Correctional Officer Scarborough and other Correctional Officers assigned to Holman Correctional Facility entered Bravo Unit (B-Dorm) to conduct the institutional count, at this time Holman Correctional Facility was in a serious crisis due to the overcrowding conditions of the entire Alabama Department of Corrections and the lack of Correctional Officers to protect and control the inmates, which resulting in the inmate (s) putting up makeshift tents to gain some space from the inmate he shares the 5'x6' living area with.

Once inside Bravo Unit and instructed the inmates to remove the makeshift tents they had around their beds while the inmates was removing the tents, one of the C.E.R.T. Members aggressively broke a stick from off an inmate bed Quandarian Falkner, as he was removing the tent from around his assigned bed, the C.E.R.T. Member action in aggressively breaking the stick resultesd in a reaction from the C.E.R.T. Members, Correctional Officers present and the Inmates, after a brief stillness, the count was conducted and the C.E.R.T.TEAM Members and Count Team exited the dorm.

Approximately two days later on November 9, 2016, at approximately 6:30 a.m. over 50 members of the Alabama Department of Corrections C.E.R.T.TEAM, entered Bravo Unit armed with their Riot Gear(Helmets with face Shields, Neck Collar, Body Vest, Shields, Arms and Legs Gear), and Shotguns, Knives, Mace and Sticks, while at least One-Hundred (100) of the One-Hundred and Fourteen (114), inmates assigned to Bravo Unit was sound asleep, and immediately Assaulted the inmates like they were Animals, without provocation, because the majority of the inmates were Harmlessly asleep, after about 35 to 45 minutes of assaulting the inmates, the C.E.R.T.TEAM Members¹ placed Plastic Restraining Tyes on the inmates to lay face down on their beds while other C.E.R.T.TEAM members was parading up and down Bravo Unit still assaulting and Harrassing the inmates and making statements belittling the inmates and making fun of those that had Gang Affiliation, statements like:"Where the GD's, Crips and Bloods at now", "Aryan Brotherhood & Nations where yall at", on "C.E.R.T. We will beat your Ass", "Yall Bitches and FucK Niggers stood up the other day Standup now...On C.E.R.T. we will beat your Ass", "Yall old Mutha Fuuckers in this Dorm yall better move to D & E Dorms, because when we come back, We going to beat some more of yall Ass Too".

---

1. Because the Alabama Department of Corrections C.E.R.T.TEAM Members, that entered Bravo Unit that Morning had their full full Riot Gear on, with no name tags and faces partially concealed, making it impossible to identify them at that time.

ATTACHMENTS TO 42 U.S.C.§ 1983 COMPLAINT

III. PARTIES.

B. DEFENDANTS

1. Jefferson Dunn is employed as Commissioner of the Alabama Department of Corrections. Dunn address is 301 South Ripley Street Montgomery, Alabama 36130.

Dunn is responsible overseeing the operation of each of the facility within the Alabama Department of Corrections, including Holman and is responsible for the writing, implimentation and enforcements of the regulations, Policies and Customs of the Alabama Department of Corrections.

CLAIMS AGAINST DUNN.

I. ASSAULT & BATTERY
II. EXCESSIVE FORCE
III. Implimentation of the procedures used.
IV. Failure To Protect

SUPPORTING FACTS:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of this Complaint, and adopts and incorporates herein. Attachment to Complaint)

2. Grant Culliver is employed as Associate Commissioner of the Alabama Department of Corrections. Culliver address is 301 Ripley St. Montgomery Alabama 36130.

Culliver is Commander and Chief of the C.E.R.T. Team, and is responsible for over seeing and Operation of Holman Prison and ensuring that the Employees and inmates are protected and provided Medical Care.

CLAIMS AGAINST CULLIVER

I. Assault & Battery
II. Excessive Force
III. Implimentation of the Procedure Used
IV. Failure To Protect

SUPPORTING FACTS

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM)

3. Cynthia Stewart is employed as Warden III. at Holman Correctional Facility. Stewart address is Holman Unit 3700 Atmore, Al. 36503-3700.

Stewart is responsible for the day to day operation of Holman Correctional Facility and is responsible for the safety and protection of the inmates and ensuring that the inmates receive Medical Care.

CLAIMS AGAINST STEWART
I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM. )

4. Terry Raybon is employed as Warden II. at Holman Correctional Facility. Raybon address is Holman Unit 3700 Atmore, Al. 36503-3700.

Raybon is responsible for the Security of Holman Prison and ensuring that the Laws, Regulation & Policies are followed and that the inmates are protected and provided Medical Care.

CLAIMS AGAINST RAYBON
I. Assault & Battery
II. Excessive Force
III. Failure To Protect/Intervene
IV. Denial Of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incoporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

5. C. Mitchell is employed as Warden I. at Holman Correctional Facility. Mitchell address is Holman Unit 3700 Atmore, Al. 36503-3700.

Mitchell is responsible for the Security of Holman Prison and ensuring that the Laws, Regulations & Policies are followed and that the inmates are protected and provided Medical Care.

## CLAIMS AGAINST MITCHELL

I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

6. Darryl Fails is employed as Captain of the Holman Prison. Fails address is Holman Unit 3700 Atmore, Al. 36503-3700.

Captain Fails is responsible for the Security of the Prison and ensuring that the Laws, Policies and Procedures are being followed, and ensuring that the inmates are protected and provided Medical Care.

## CLAIMS AGAINST CAPTAIN FAILSURE:

I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

Supporting Facts:
Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

7. Ashley Kidd is employed as Leuitenant at Holman Correctional Facility. Kidd address is Holman Unit 3700 Atmore Al. 36503-3700.

Kidd is responsible for supervising and ensuring that the Laws, Regulations & Policies are followed and that the inmates are protected and provided Medical Care.

## CLAIMS AGAINST KIDD:

I. Assault & Battery
II. Excessive Force
III. Failure to Protecte/Intervene
IV. Denial of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of this Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

8. Officer Scarborough is employed as a Correctional Officer at Holman Correctional Facility. Scarboruogh address is 3700 Holman Unit, Atmore, Al.36503.

Scarborough is responsible for the Sercurity of the Prison and to Protects inmates from assualts, and ensure Medical Care.

CLAIMS AGAINST SCARBOROUGH

I. Assualt & Battery

II. Failure to Protect/Intervene

III. Excessive Force

Supporting Facts:

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

9. Officer Timothy Vignolo is employed as a Correctional Officer at Holman Prison. Vignolo address is 3700 Holman Unit, Atmore, Al.36503-3700.

Timothy Vignolo is responsible for the Sercurity of the prison and to Protect the inmates from assualts and ensure Medical Care. Vignolo was assigned to Bravo Unit at the time of the Incident.

I. Assualt & Battery

II. Failure to Protect/Intervene

III. Excessive Force

IV. Denial of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

10. Cubicle Officer assigned to Cubicle 1. at 6:30am on November 9, 2016., is employed by Alabama Department of Corrections, as Correctional Officer, [2]This defendant address is Holman 3700 Atmore Alabama 36503-3700.

**CLAIMS AGAINST THIS DEFENDANT:**

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. Denial of Medical Care

Supporting Facts:

   Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment of Complaint G. YOUR CLAIM.)

11. Nurse N. Walls is employed as Nurse at Holman Prison Infirmary and is responsible for providing Medical Services to the inmates at Holman by Corizon and Alabama Department of Corrections. Walls address is Holman 3700 Atmore Alabama 36503-3700.

12. Nurse Langford is employed as a nurse at Holman Prison Infirmary and is responsible for providing Medical Services to the inmates at Holman Prison by Corizon and Alabama Department of Corrections. Langford address is Holman Unit 3700 Atmore Alabama 36503.

13. Nurse 1, 2, 3, 4, is employed as nurses and/or Dental or Medical Assistants who were employed by Alabama Department of Corrections, to provide Medical Care to inmates at Holman Prison, and were so employed on November 9, 2016, and were present in the Infirmary during the hours of 6:30am thru 6:30pm, and refuse to provide a body chart and Medical Care to the inmates assaulted.

---

[2]Plaintiff preserve the right to Amend his Complaint upon discovery of this Specific Defendant Identity.

[3]This defendants address is Holman Unit 3700 Atmore Alabama 36503-3700.

## CLAIMS AGAINST DEFENDANTS 11, 12, 13,.

   I. Denial of Medical Care
   II. Inadequate Treatment

Supporting Facts:

   Plaintiff re-alleges the facts of his calims as set out in Section II. G. of this Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

14. All Alabama Department of Corrections Emergency Response Team (C.E.R.T.) Members, that entered Holman Correctional Facility on November 9, 2016, including those present on cite at the time of Assaults, between the hours of 5:30am---3:00pm, The CERT members includes but not limited to, McQuirter, Fountain, Bullard, Smith, J. Pryor, J. Staniford, S. Terry, D.Whitley, D. Dennis, J. Griffin, B. Walker, Duren, W. Streeter, Arthur, J. Baldwin, Lewis, Fleeton, Harrison, Robinson, Snelson, Brown, Edmund, Parker, J. Wilson, Knight, Mixon...[4]

   The CERT Members are employed by the Alabama Department of Corrections at various Correctional Facilities around the State. Their principal address is 301 South Ripley Street Montgomery, Al. 36130.

---

[3] The names of these defendants will be amended to the Complaint because the Plaintiff was denied access to Infirmary and/or n no Medical Care; Inadequate Care; and Treatment, these defendants, for Plaintiff to be specific as to his claims, will Amend such upon Discovery of Defendants names.

---

[4] As previously mentioned because the CERT Members concealed their Identity during the Assaults, Plaintiff request leave to Amend Complaint upon Discovery.

The CERT Members, though they hold different positions and rankings as Correctional Officials, on November 9, 2016, they were responsible for the safety and protection of the inmates at Holman Prison and to ensure receipt of Medical Care.

## CLAIMS AGAINST CERT MEMBERS

I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of this Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

Mr. Fred D. Quinnie
S# 263975 / A-9
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Al. 35023

49¢



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000888043    SEP 22 2017
$ 000.49⁰
MAILED FROM ZIP CODE 35023

To: United States District
Southern District of Alabama Court
[Clerk]
113 St. Joseph Street
Mobile, Al. 36602



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL ONLY                    LEGAL ONLY