IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| FRED DEANGELO QUINNIE (AIS#263975), | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 1:17-cv-00428-CG-MU ) |
| JEFFERSON DUNN, et al., | ) ) ) |
| Defendants. | ) ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Laura Acreman, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Southern District of Alabama.

☒  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

{B3153666}

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

/s/ *Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)
E-mail: pgp@starneslaw.com
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL   35209
Telephone: 205-868-6000
Facsimile: 205-868-6099
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **May 9, 2019,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Fred Deangelo Quinnie (AIS 263975)
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023

/s/ *Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)

{B3153666}                                    2